No. 75–131.  BENSON *v.* SAMBO'S RESTAURANTS, INC. Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 75–161.  ROMAGUERA ET AL. *v.* AMECO CORP. ET AL. C. A. 1st Cir.   Certiorari denied.

No. 75–162.  HUNT *v.* COASTAL STATES MARKETING, INC., CLAIMANT OF A CARGO ON THE HILDA.   C. A. 3d Cir.   Certiorari denied.

No. 75–165.  ADVANCED HYDRAULICS, INC. *v.* OTIS ELEVATOR Co.   C. A. 7th Cir.   Certiorari denied.

No. 75–170.  THOMPSON *v.* CITY OF COVINGTON ET AL. C. A. 6th Cir.   Certiorari denied.

No. 75–188.  WALTER *v.* NETHERLANDS MEAD, N. V.. C. A. 3d Cir.   Certiorari denied.

No. 75–189.  GOSS ET AL. *v.* ZUCKSWERT.   Ct. App. La., 3d Dist.   Certiorari denied.

No. 75–191.  PETERMAN *v.* CHICAGO, ROCK ISLAND & PACIFIC RAILROAD Co.   C. A. 8th Cir.   Certiorari denied.

No. 75–192.  VIRGINIA EX REL. STATE CORPORATION COMMISSION *v.* FARMERS & MERCHANTS NATIONAL BANK.   C. A. 4th Cir.   Certiorari denied.

No. 75–194.  FALLON *v.* JONAS, TRUSTEE, ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 75–5010.  STAAB *v.* WARDEN, NEVADA STATE PRISON.   C. A. 9th Cir.   Certiorari denied.